```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


WILBERT E. BARNES,            )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )     2:13cv716-MHT
                              )
CSX RAILROAD,                 )
                              )
    Defendant.                )
```

OPINION

Plaintiff filed this lawsuit asserting violations of the Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of November, 2013.


                              /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**